# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

                Plaintiff,

                              Crim. No. 08-302 (RHK)
                              **ORDER**

v.

Michael Catain,

                Defendant.

The Government having moved for a Preliminary Order of Forfeiture in this matter (Doc. No. 41), **IT IS ORDERED** as follows:

    1.    Defendant shall serve and file his response to the Motion on or before August 27, 2010; and

    2.    The Government may serve and file a Reply in support of its Motion, if any, on or before September 3, 2010.

Dated: August 17, 2010                              s/Richard H. Kyle
                                                                          RICHARD H. KYLE
                                                                           United States District Judge